IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-001-RJC-DCK

| | |
|---|---|
| EDUARDO ECKMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* for Andrew P. Burnside" (Document No. 8) filed by Carl M. Short III, concerning Andrew P. Burnside, on March 20, 2024. Andrew P. Burnside seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Andrew P. Burnside is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 20, 2024

David C. Keesler
United States Magistrate Judge